IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ruppert Garden Tools, LLC | ) | |
| | ) | Case No. 1:21-cv-0709 |
| v. | ) | |
| | ) | Judge: Hon. Thomas M. Durkin |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Maria Valdez |
| Hon. IDENTIFIED ON SCHEDULE A | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Ruppert Garden Tools, LLC, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 71 | Good Lifestyle Store | 2496049 |
| 73 | Green Lifestyle Store | 2655204 |
| 75 | AmyHome Store Store | 2662193 |
| 101 | Norpet Store | 3098001 |
| 144 | Enjoy Life House Store | 4183007 |
| 165 | ToParty Life Store | 4425079 |
| 168 | IPartyshow Store | 4430161 |
| 176 | Te-a-mo Store | 4510060 |
| 177 | HomeHaven Store | 4574019 |
| 393 | Odworx Store | 910339336 |
| 407 | Shop911051111 Store | 911051111 |
| 237 | Worbright Store | 5041161 |
| 702 | ako2201-britr | ako2201-britr |

Dated: October 12, 2021  Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com